# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
7/8/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
07/08/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GR    DEPUTY

| | |
|---|---|
| United States of America | |
| v. | Case No. 2:25-mj-04197-DUTY |
| MATTHEW JULES MUNOZ, | |
| Defendant. | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 27, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Felony Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Mark Clinton, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 8, 2025

*[signature]*
*Judge's signature*

City and state: Los Angeles, California

Hon. Karen L. Stevenson, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Mark Clinton, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.  This affidavit is made in support of a criminal complaint and arrest warrant against Matthew Jules Munoz ("MUNOZ") for a violation of 18 U.S.C. § 111(a)(1): Assault of a Federal Agent.

2.  The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3.  I am a United States Border Patrol Agent ("BPA") with the Department of Homeland Security, Customs and Border Protection, United States Border Patrol ("USBP").  I have been employed as a full-time, sworn federal BPA with the USBP since May 25, 2009, and graduated from the USBP Basic Border Patrol Training Academy located in Artesia, New Mexico.  The Academy curriculum covers specialized training in the Immigration and Naturalization Act, criminal law, and statutory authority, as

ii

well as cross-training in Title 21, United States Code, and in Title 19, United States Code. I am currently a supervisor assigned to the El Centro Sector Intelligence Unit and have been a supervisor since 2019.

### III. STATEMENT OF PROBABLE CAUSE

4. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

   a. On June 27, 2025, BPAs assigned to the Tucson Border Patrol Sector, El Paso Border Patrol Sector, and the El Centro Border Patrol Sector were assigned to Operation At Large – an interior immigration enforcement operation based in the Los Angeles, California area and surrounding cities. On this date, BPAs working in the downtown area of Los Angeles, California arrested an individual (the "detainee") near the intersection of 6th and Broadway at approximately 12:50 P.M.

   b. During the enforcement action, a group of people formed and began shouting obscenities towards the BPAs in apparent disapproval of law enforcement's actions. Several members of the crowd approached the BPAs as they placed the detainee into a Border Patrol vehicle. The BPAs on scene issued several warnings to the crowd to back away to ensure law enforcement could maintain a safe and secure area.

   c. Shortly thereafter, one member of the crowd, later identified as MUNOZ, approached into the personal space of BPA D.H., who was protecting the detainee and his colleagues. The individual was wearing a bright yellow shirt and had unique

tattoos on his face, chin, and arms, easily distinguishing him from others in the crowd.  After BPA D.H. warned the individual to stay away, he forcibly expectorated phlegm and the spit hit BPA D.H. in the face.  This offensive and assaultive action was captured on BPA D.H.'s body worn camera, a screenshot from which is included below.



5.  Following the incident, BPAs assigned to the El Centro Sector Intelligence Unit were able to identify the individual assailant as MUNOZ through Department of Homeland Security and Department of Justice databases.[1]  Specifically, law enforcement was able to positively identify MUNOZ by utilizing the Federal Bureau of Investigation's facial recognition system.  After the system identified MUNOZ, law enforcement retrieved a copy of MUNOZ's California Department of Motor Vehicles photograph, which BPA D.H. confirmed was the same individual who had aggressively and deliberately spat on him.

---

[1] Based on my review of law enforcement databases, MUNOZ is a U.S. citizen.

## IV. CONCLUSION

6.   For all of the reasons described above, there is probable cause to believe that MUNOZ has committed a violation of 18 U.S.C. § 111(a)(1).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 8th day of
July, 2025.

*Karen L. Stevenson*
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE