FILED
CLERK, U.S. DISTRICT COURT
8/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW JULES MUNOZ,<br><br>    Defendant. | CR 2:25-cr-00708-JLS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1): Assault on Federal Officer] |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1)]

On or about June 27, 2025, in Los Angeles County, within the Central District of California, defendant MATTHEW JULES MUNOZ, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim D.H., an employee of the United States Department of Homeland Security, U.S. Border Patrol, and in doing so

//

//

1 | made physical contact with D.H., while D.H. was engaged in, and on
2 | account of, the performance of D.H.'s official duties.
3 |
4 |                                        A TRUE BILL
5 |
6 |                                        /S/_____
7 |                                        Foreperson
8 | BILAL A. ESSAYLI
  | Acting United States Attorney
9 |
10 | CHRISTINA T. SHAY
   | Assistant United States Attorney
   | Chief, Criminal Division
11 |
12 | *[signature: Frances S. Lewis]*
13 | FRANCES S. LEWIS
   | Assistant United States Attorney
14 | Chief, General Crimes Section
15 | SHAWN T. ANDREWS
   | Assistant United States Attorney
16 | Deputy Chief, General Crimes Section
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |