F I L E D
CLERK, U.S. DISTRICT COURT
11/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 25-CR-708(A)-JLS |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INFORMATION** |
| v. | |
| MATTHEW JULES MUNOZ, | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer or Employee] |
| Defendant. | |
| | **[CLASS A MISDEMEANOR]** |

The United States of America charges:

[18 U.S.C. § 111(a)(1)]

On or about June 27, 2025, in Los Angeles County, within the Central District of California, defendant MATTHEW JULES MUNOZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim D.H., an employee of

//

//

1  the United States Border Patrol, while D.H. was engaged in, and on
2  account of, the performance of D.H.'s official duties.
3
4                                          BILAL A. ESSAYLI
                                           First Assistant United States
5                                          Attorney

6                                          ALEXANDER T. SCHWAB
                                           Assistant United States Attorney
7                                          Acting Chief, Criminal Division

8                                          /s/ Frances S. Lewis

9
                                           FRANCES S. LEWIS
10                                         Assistant United States Attorney
                                           Chief, General Crimes Section
11
                                           ERIC MACKIE
12                                         Assistant United States Attorney
                                           General Crimes Section
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2