

FILED
CLERK, U.S. DISTRICT COURT
11/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number: 2:25-cr-00708-JLS  
Defendant Number: 1  
U.S.A. v. Matthew Jules Munoz  
Year of Birth: 1985  
[ ] Indictment  [✓] Information  
Investigative agency (FBI, DEA, etc.): USBP

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:  
[✓] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense  
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [ ] Felony  

b. Date of Offense: June 27, 2025  
c. County in which first offense occurred: Los Angeles  

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):  
[✓] Los Angeles  [ ] Ventura  
[ ] Orange  [ ] Santa Barbara  
[ ] Riverside  [ ] San Luis Obispo  
[ ] San Bernardino  [ ] Other ____  

Citation of Offense: 18 USC 111

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:  
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)  
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  
[✓] No  [ ] Yes  
If "Yes," Case Number: ____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: yes  
Case Number: 2:25-MJ-4197-DUTY  
Assigned Judge: ____  
Charging: 18 USC 111  
The complaint/CVB citation:  
[ ] is still pending  
[✓] was dismissed on: ____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes  
IF YES, provide Name: Iboh Umodu  
Phone Number: 213-894-2854

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[ ] Yes*  [✓] No  

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*  [✓] No  

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No  
This is the 1st superseding charge (i.e., 1st, 2nd).  
The superseding case was previously filed on: 08/28/2025  
Case Number: 2:25-cr-00708-JLS  
The superseded case:  
[✓] is still pending before Judge/Magistrate Judge ____  
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?  
[ ] Yes*  [✓] No  

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*  [✓] No  

Was a Notice of Complex Case filed on the Indictment or Information?  
[ ] Yes  [✓] No  

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☐ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☑ Other   Assault

**CUSTODY STATUS**

**Defendant is not in custody:**
a. Date and time of arrest on complaint: 7/29/2025
b. Posted bond at complaint level on: 7/30/2025
   in the amount of $ 5,000
c. PSA supervision? ☑ Yes ☐ No
d. Is on bail or release from another district: _____

**Defendant is in custody:**
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____20  ____21  ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date _____

/s/ Eric Mackie
Signature of Assistant U.S. Attorney
Eric Mackie
Print Name

CR-72 (03/21)                    CASE SUMMARY                    Page 2 of 2