UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. **2:25-cr-00708-MAA**     Date: **12/9/2025**

Present: The Honorable: **Maria A. Audero**

Interpreter **N/A**

| Marina Moreno-Carrillo | C/S 12/9/2025 | Eric Mackie |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Matthew Jules Munoz | X | | X | Iboh Umodu | X | X | |

**Proceedings: Arraignment, Change of Plea and Sentencing**

- Case is called. Counsel state their appearances for the record. Defendant is present.
- Defendant is arraigned and states true name as charge.
- The Court enters a plea of "not guilty" on behalf of the defendant to all counts of the Information.
- Defendant indicates intention to plead guilty to the charge contained in the Information.
- Defendant enters a new and different plea of GUILTY to Count 1 of the Superseding Information.
- The Court accepts the guilty plea, finds that the plea is knowingly and voluntary, and ORDERS the plea accepted and entered.
- Finding the agreement to be appropriate and voluntarily entered, the Court accepts the plea agreement and sentences the defendant to imprisonment for three consecutive weekends (beginning 12/19/25), a special assessment of $25, and a fine of $500. The special assessment fee and fine are due by January 8, 2026. If payment is not received by that date, the Court will schedule a status conference.
- Defendant is sentenced, and the Court issues its judgment. See separate Sentencing and Judgment Order
- Defendant was advised of his right to file an appeal and right to court appointed counsel for purposes of appeal within 14 days of entry of this Judgment.

cc

Counsel of record

| | | |
|---|---|---|
| **PIA** | 00 | : 05 |
| **COP/Sentencing** | 1 | : 00 |
| Initials of Deputy Clerk | MMC | |