TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ERIC L. MACKIE (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-0141
     E-mail:    eric.mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00708-JLS |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| MATTHEW JULES MUNOZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Eric L. Mackie, hereby moves to dismiss its indictment against defendant Matthew Jules Munoz without prejudice.

The government's request for dismissal is made in good faith

1

and in the interest of justice.  The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the indictment without prejudice against defendant pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: December 18, 2025          Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  Acting United States Attorney

                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney
                                  Acting Chief, Criminal Division


                                        /s/ Eric Mackie
                                  ERIC MACKIE
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA