UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00708-JLS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| MATTHEW JULES MUNOZ, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the indictment in the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 12/19/2025                    _____
                                     HONORABLE MARIA A. AUDERO
                                     UNITED STATES MAGISTRATE JUDGE