1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00708-MAA |
|---|---|
| Plaintiff, | <u>AMENDED BY THE COURT</u> [~~PROPOSED~~] <u>ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO CORRECT AND MODIFY SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(a)</u> |
| v. | |
| MATTHEW JULES MUNOZ, | |
| Defendant. | |

Having reviewed the United States' Unopposed Ex Parte Application to Correct and Modify Sentence pursuant to Federal Rule of Criminal Procedure 35(a), and good cause appearing, the Court finds that the sentence as currently imposed cannot be lawfully executed and therefore constitutes clear error subject to correction under Rule 35(a). Accordingly, IT IS HEREBY ORDERED as follow.

1. Pursuant to Federal Rule of Criminal Procedure 35(a), the Court corrects and modifies the sentence imposed on December 9, 2025, as amended on December 19, 2025, to ensure that the sentence is lawful and executable by the Bureau of Prisons.

2. The Judgment and Commitment Order is amended to impose a continuous term of imprisonment of six (6) days, to be served in the custody of the Bureau of Prisons. All references to intermittent or weekend confinement are

stricken.  The defendant shall surrender as directed by the Bureau of Prisons or the United States Marshal.

3. Except as expressly modified herein, all other terms and conditions of the Court's Judgment and Criminal Minutes remain in full force and effect.

IT IS SO ORDERED.

Dated: 12/29/2025      _____
                       HONORABLE MARIA A. AUDERO
                       UNITED STATES MAGISTRATE JUDGE